

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-12-00870-CR

Gregory Everett **MITCHELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11068
Honorable Philip A. Kazen Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 4, 2013.

_____
Patricia O. Alvarez, Justice